PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY OUNKHAM,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-01371-EPG<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME<br><br>(ECF No. 16) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from January 3, 2022 to January 24, 2022. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because Defendant's counsel will be taking leave during the holiday season.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before January 24, 2022;
- Plaintiff's optional reply will be due within 15 days of the filing of Defendant's brief (on or before February 8, 2022).

Respectfully submitted,

Dated: December 15, 2021         */s/ Kelsey Brown\**
(*as authorized via e-mail on 12/14/21)
KELSY BROWN
Attorney for Plaintiff

Dated:  December 15, 2021        PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based on the above stipulation (ECF No. 16), IT IS ORDERED that Defendant shall respond to Plaintiff's opening brief no later than January 24, 2022. Plaintiff's optional reply will be due within 15 days of the filing of Defendant's response.
IT IS SO ORDERED.

Dated:   **December 16, 2021**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE